UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

UNITED STATES OF AMERICA          :

    v.                            :          NOTICE OF INTENT
                                    TO FILE AN INFORMATION

MARVIN FALIKOVIC,                  :

                Defendant.      :

-------------------------------x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 15, 2007

                                   MICHAEL J. GARCIA
                                   United States Attorney

By:       _Jenna M. Dabbs_____
           Jenna M. Dabbs
           Assistant United States Attorney

           AGREED AND CONSENTED TO:

By:       _____
           Curtis J. Farber, Esq.
           Attorney for Marvin Falikovic

07 CRIM 906

Judge Buchwald

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8/27/07

8/27/07  WHEEL A