UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

    v.                                   :      INFORMATION

MARVIN FALIKOVIC,                      :      07 CRM 906

            Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about December 2004, up to in or about February 2007, in the Southern District of New York and elsewhere, MARVIN FALIKOVIC, the defendant, unlawfully, willfully, and knowingly, did possess a book, magazine, periodical, film, videotape, computer disk, and other material that contains an image of child pornography that has been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer, to wit, FALIKOVIC, downloaded from an internet site a video file containing child pornography, and possessed that video file on his laptop computer.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

                          */s/ Michael J. Garcia*
                          MICHAEL J. GARCIA
                          United States Attorney

[ELECTRONICALLY FILED SEP 2 6 2007]

**Judge Buchwald**