

# Curtis J. Farber
Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com



December 12, 2007

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



DEC 1 2 2007

BY FACSIMILE: (212) 805-7927

RE: United States v. Marvin Falikovic
07 Cr. 906 (NRB)

Dear Judge Buchwald:

I am writing to respectfully request an adjournment of the sentencing hearing in the above-referenced matter presently scheduled for January 24, 2008. The reason for this request is a scheduling conflict on my part coupled with my vacation schedule.

I have spoken with both AUSA Jenna Dabbs and US Probation Officer Emily Frank Ellis concerning this request and they has indicated that they have no objection. Further, I have spoken with your chambers and have been advised that the date of February 28, 2008 at 3:00 p.m. is available. Accordingly, I respectfully request that Mr. Falikovic's sentence be postponed to that date and time.

Very truly yours,

Curtis Farber

cc: AUSA Jenna Dabbs
    Prob. Off. Emily Frank Ellis

*So ordered.*
*Naomi Reice Buchwald*
12/13/07